B6F (Official Form 6F) (12/07)

In re **Michael Jordan Corning** , Case No. **14-14052**
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx3555<br><br>Allianceone<br>Po Box 2449<br>Gig Harbor, WA 98335 | | - | Opened 2/24/10<br>Collection 04 Fife Municipal Co | | | | 177.00 |
| Account No. xxxxxxxxxxxx1871<br><br>Automtd Acct<br>222 W Francis Ave<br>Spokane, WA 99228 | | - | Opened 8/14/12<br>Collection Med1 Odessa Memorial | | | | 89.00 |
| Account No. xxxxxxxxxxxx9073<br><br>Cda Credit Bureau, I<br>Po Box 7100<br>Coeur D'Alene, ID 83816 | | - | Opened 10/01/12 Last Active 7/01/12<br>Collection Avista Of Wa | | | | 26.00 |
| Account No. xxxxxxxxxxxx2590<br><br>Central Col<br>408 W 4th Ave<br>Moses Lake, WA 98837-1910 | | - | Opened 10/01/12 Last Active 9/01/12<br>Collection Wheatland Bank | | | | 253.00 |
| __3__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 545.00 |

In re **Michael Jordan Corning**, Case No. **14-14052**
          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Condon Dental Services**<br>**20 W 1st Ave**<br>**Odessa, WA 99159** | - | | | | | | 500.00 |
| Account No. **xxxx0364**<br>**Credit Coll**<br>**Po Box 9134**<br>**Needham, MA 02494** | - | | **Opened 11/27/12**<br>**Collection 06 Progressive Insur** | | | | 131.00 |
| Account No.<br>**CREDIT COLLECTION SERVICES**<br>**TWO WELLS AVE DEPT 587**<br>**Newton Center, MA 02459** | - | | | | | | 2,880.00 |
| Account No.<br>**David Walton**<br>**2005 19th Ave SE**<br>**Puyallup, WA 98372** | - | | | | | | 30,600.00 |
| Account No. **xxxx6918**<br>**Focus Receivables Mana**<br>**1130 Northchase Pkwy Ste**<br>**Marietta, GA 30067** | - | | **Opened 10/22/13  Last Active 12/01/12**<br>**Collection Attorney Directv** | | | | 574.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **34,685.00**

In re **Michael Jordan Corning**,   Case No. **14-14052**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Newton's Car Corner**<br>**1715 W Broadway Ave**<br>**Moses Lake, WA 98837** | | - | | | | | 1,985.00 |
| Account No. **xx4504**<br>**Physician & Dentists C**<br>**12720 Gateway Dr S Ste 2**<br>**Tukwila, WA 98168** | | - | **Opened 4/05/11 Last Active 2/10/14**<br>**Collection Attorney Redmond Family Smile** | | | | 367.00 |
| Account No.<br>**Randal E Connelly**<br>**409 Kansas City St**<br>**Rapid City, SD 57701** | | - | | | | | 2,350.00 |
| Account No. **xxx1262**<br>**Sentry Credt**<br>**18601 Highway 99 #205**<br>**Lynnwood, WA 98037** | | - | **Opened 8/01/10 Last Active 3/01/10**<br>**Collection Puget Sound Ene** | | | | 264.00 |
| Account No. **xxx3327**<br>**Smilebrand** | | - | **Opened 8/01/13 Last Active 4/01/14**<br>**Government Secured Direct Loan** | | | | 640.00 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,606.00**

In re **Michael Jordan Corning**, Case No. **14-14052**
             Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3869** <br><br> **Stellar Recovery Inc** <br> **4500 Salisbury Rd Ste 10** <br> **Jacksonville, FL 32216** | | - | **Opened 5/09/12 Last Active 4/01/12** <br> **Collection Attorney Comcast** | | | | 179.00 |
| Account No. <br><br> **Westboro Condominium Associati** <br> **720 s 348th ST # A2** <br> **Federal Way, WA 98003** | | - | | | | | 30,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **30,179.00**

Total (Report on Summary of Schedules) **71,015.00**

ALLIANCEONE
PO BOX 2449
GIG HARBOR, WA 98335


AUTOMTD ACCT
222 W FRANCIS AVE
SPOKANE, WA 99228


CDA CREDIT BUREAU, I
PO BOX 7100
COEUR D'ALENE, ID 83816


CENTRAL COL
408 W 4TH AVE
MOSES LAKE, WA 98837-1910


CONDOMIUM LAW GROUP LLC
10310 AURORA AVE N
SEATTLE, WA 98133


CONDON DENTAL SERVICES
20 W 1ST AVE
ODESSA, WA 99159


CREDIT COLL
PO BOX 9134
NEEDHAM, MA 02494


CREDIT COLLECTION SERVICES
TWO WELLS AVE DEPT 587
NEWTON CENTER, MA 02459


DAVID WALTON
2005 19TH AVE SE
PUYALLUP, WA 98372


FOCUS RECEIVABLES MANA
1130 NORTHCHASE PKWY STE
MARIETTA, GA 30067


GREEN TREE SERVICING L
332 MINNESOTA ST STE 610
SAINT PAUL, MN 55101

```
NEWTON'S CAR CORNER
1715 W BROADWAY AVE
MOSES LAKE, WA 98837


PHYSICIAN & DENTISTS C
12720 GATEWAY DR S STE 2
TUKWILA, WA 98168


RANDAL E CONNELLY
409 KANSAS CITY ST
RAPID CITY, SD 57701


SENTRY CREDT
18601 HIGHWAY 99 #205
LYNNWOOD, WA 98037


SMILEBRAND


STELLAR RECOVERY INC
4500 SALISBURY RD STE 10
JACKSONVILLE, FL 32216


WESTBORO CONDOMINIUM ASSOCIATI
720 S 348TH ST # A2
FEDERAL WAY, WA 98003
```